**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **LARAY J. BENTON,** *et al.*, |
| **Plaintiffs,** |
| **v.** |
| **BANK OF AMERICA CORPORATION,** *et al.*, |
| **Defendants.** |

Civil Action No. 15-843 (JEB)

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1.      The Bank Defendants' [2] Motion to Dismiss is GRANTED IN PART;

2.      The Ocwen Defendants' [4] Motion to Dismiss is GRANTED IN PART;

3.      Seterus's [17] Motion to Dismiss is GRANTED IN PART;

4.      Wilmington's [21] Motion to Dismiss is GRANTED IN PART;

5.      Plaintiffs' [5] Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; and

6.      The case is TRANSFERRED to the District of Maryland.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  February 9, 2016